JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-0312-JLR |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON AGREED MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |
| WILLIAM A. MILLER, | ) | |
| Defendant. | ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date and trial date, the Court hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

ORDER ON AGREED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 1
(William A. Miller CR05-0312-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington
(206) 553-1100

1  IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is extended from September 22, 2005 until December 15, 2005 and the trial date is extended from October 31, 2005 to January 17, 2006.

IT IS FURTHER ORDERED THAT the time period between October 31, 2005 and January 17, 2006 is excludable time, pursuant to 18 U.S.C. §3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this 26th day of September, 2005.

s/James L. Robart
_____
JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented by:

| s/Timothy R. Lohraff Bar No. 32145 | s/C. Andrew Colasurdo |
|---|---|
| Attorney for Defendant William A. Miller | Special Assistant United States Attorney |
| Federal Public Defender's Office | (signature approved by phone) |
| 1601 Fifth Ave., Suite 700 | |
| Seattle, WA   98101 | |
| 206/553-1100 | |
| 206/553-0120 | |
| Tim_Lohraff@fd.org | |

ORDER ON AGREED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 2
(William A. Miller CR05-0312-JLR)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington**
**(206) 553-1100**