Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM ALLEN MILLER,<br><br>　　　　　　Defendant. | NO.　CR05-312JLR<br><br>ORDER GRANTING<br>STIPULATION TO CONTINUE TRIAL |

THE COURT having considered the stipulation of the parties, the records and files herein, including, but not limited to the defendant's agreement to extend the time for trial, hereby makes the following findings of fact:

　　1.　The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

　　2.　The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

　　IT IS THEREFORE ORDERED that the trial date be continued from January 17, 2006, to April 4, 2006.

(PROPOSED) ORDER GRANTING STIP.
TO CONT. TRIAL DATE/MILLER
CR05-312JLR - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     IT IS FURTHER ORDERED that the period of time from January 4, 2006, up to
2 and including the new proposed trial date of April 4, 2006, shall be excludable time
3 pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*

4     DONE this 5th day of January, 2006.

                                          James L. Robart
                                          United States District Judge

Presented by:

s/ *C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney
WA Bar #27449
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4075
Fax:       (206) 553-0755
E-mail: Andy.Colasurdo@usdoj.gov

*s/ Tim Lohraff (per telephonic approval)*
TIM LOHRAFF
Attorney for William Allen Miller

(PROPOSED) ORDER GRANTING STIP.
TO CONT. TRIAL DATE/MILLER
CR05-312JLR - 2